IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VINCENT E. GORDON,

    Petitioner,                    No. CIV S-06-0916 GEB PAN P

    vs.

SUPERIOR COURT OF CALIFORNIA,
SACRAMENTO COUNTY,

    Respondent.                   <u>ORDER</u>

/

        Petitioner is a state prisoner proceeding pro se.  On April 27, 2006, petitioner initiated this action by filing a motion for a court order requiring the Clerk of the Sacramento County Superior Court to provide to petitioner several documents from his state criminal proceedings.  Petitioner claims the documents he seeks "are legal documents and accurate proof of existing error in fact and law; upon which the present conviction and confinement of defendant/petitioner rest."  (Motion, filed April 27, 2006, at 1-2.)  No other pleadings have been filed by petitioner.

        In order to commence a federal habeas corpus action to challenge a state court conviction, petitioner must file a petition for writ of habeas corpus as required by Rule 2 of the Rules Governing Habeas Corpus Cases Under Section 2254 in the United States District Courts and he must either pay the required filing fee of $5.00 or file an application requesting leave to

proceed in forma pauperis. See 28 U.S.C. §§ 1914(a), 1915(a). The court will not issue any orders on requests filed by petitioner until an action has been properly commenced. Therefore, petitioner's motion will be denied without prejudice. Petitioner will be provided the opportunity to file a habeas corpus petition and to submit an application requesting leave to proceed in forma pauperis or to submit the appropriate filing fee.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's April 27, 2006 motion is denied without prejudice.

2. Petitioner is granted thirty days from the date of service of this order to file a habeas corpus petition that complies with the requirements of 28 U.S.C. § 2241 et seq., the Rules Governing Habeas Corpus Cases Under Section 2254 in the United States District Courts, and the Local Rules of Practice; the petition must bear the docket number assigned this case; plaintiff must file an original and two copies of the petition. Petitioner shall also submit, within thirty days from the date of this order, the application to proceed in forma pauperis on the form provided by the Clerk of Court, or the filing fee in the amount of $5.00. Petitioner's failure to comply with this order will result in a recommendation that this matter be dismissed; and

3. The Clerk of the Court is directed to send petitioner the court's form for filing a habeas corpus action under 28 U.S.C. § 2254, and an Application to Proceed In Forma Pauperis by a Prisoner.

DATED: June 15, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

12
gord0916.o

2