IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VINCENT E. GORDON,

        Petitioner,               No. CIV S-06-0916 GEB PAN P

    vs.

SUPERIOR COURT OF CALIFORNIA
SACRAMENTO COUNTY,

        Respondent.        <u>ORDER</u>
_____/

        Petitioner has requested an extension of time to file a habeas corpus petition and application to proceed in forma pauperis pursuant to the court's order of June 16, 2006.  Good cause appearing, IT IS HEREBY ORDERED that:

        1.  Petitioner's July 17, 2006 request for an extension of time is granted; and

        2.  Petitioner is granted thirty days from the date of this order in which to file a habeas corpus petition and application to proceed in forma pauperis.

DATED: July 24, 2006.

UNITED STATES MAGISTRATE JUDGE

/mp; 001
gord0916.111