IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VINCENT E. GORDON,

    Petitioner,                       No. CIV S-06-0916 GEB EFB P

    vs.

SUPERIOR COURT OF CALIFORNIA, SACRAMENTO COUNTY,

    Respondent.                  ORDER

        Petitioner requests a second extension of time to file a petition for a writ of habeas corpus and an application to proceed in forma pauperis. On April 27, 2006, petitioner filed a motion to proceed *in forma pauperis*.

        Good cause appearing, petitioner's August 17, 2006, request is granted and petitioner shall file a petition for a writ of habeas corpus within 30 days from the date of service of this order. No further extensions will be granted. Failure to comply with this order will result in a recommendation that this action be dismissed.

        So ordered.

Dated: August 29, 2006.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

\gord0916.grnt pet eot