IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VINCENT E. GORDON,

      Petitioner,                    No. CIV S-06-0916 GEB EFB P

      vs.

SUPERIOR COURT OF CALIFORNIA,
SACRAMENTO COUNTY,

      Respondent.                  FINDINGS & RECOMMENDATIONS

      Petitioner is a prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On June 16, 2006, the court dismissed the petition, gave petitioner 30 days to file an amended petition and directed petitioner either to file a completed application for leave to proceed *in forma pauperis* or to pay the filing fee. On July 26, 2006, and August 29, 2006, the court granted petitioner's requests for extensions of time until September 29, 2006, to comply with the June 16, 2006, order.

      The time for complying with the order has passed and petitioner has not complied with the order or responded to the order in any way.

////

////

////

1  Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without
2 prejudice.  *See* Local Rule 11-110; Fed. R. Civ. P. 41(b).
3  These findings and recommendations are submitted to the United States District Judge
4 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days
5 after being served with these findings and recommendations, any party may file written
6 objections with the court and serve a copy on all parties.  Such a document should be captioned
7 "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections
8 within the specified time may waive the right to appeal the District Court's order. *Turner v.*
9 *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
10 DATED:  October 17, 2006.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE