IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VINCENT E. GORDON,

    Petitioner,                    No. CIV S-06-0916 GEB EFB P

    vs.

DAVID L. RUNNELS, Warden,

    Respondent.                ORDER

_____/

    Petitioner is a prisoner seeking a writ of habeas corpus. *See* 28 U.S.C.§ 2254. On April 27, 2006, petitioner filed a motion for an order directing a state court to give him documents associated with his prosecution in a state court. On June 16, 2006, the court denied that motion and gave petitioner 30 days to file a petition for a writ of habeas corpus and to either pay the filing fee or to submit an application to proceed *in forma pauperis*. The court granted petitioner two extensions of time so that he had to comply no later than October 2, 2006. On October 18, 2006, the court found petitioner had not complied with the order and recommended this action be dismissed. On November 6, 2006, petitioner filed objections.

    The court has reviewed the objections and finds that they should be vacated.

    Petitioner asserts that he delivered two copies of the amended petition to prison staff on September 24, 2006, and that any delay in filing was attributable to that staff or mail-room

procedures. The docket shows that petitioner has filed an amended petition and an application for leave to proceed *in forma pauperis*.

Accordingly, it is ORDERED that the October 18, 2006, findings and recommendations are vacated.

Dated: November 30, 2006.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE